UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2419(DSD/SRN)

Minneapolis Retail Meat
Cutters and Food Handlers
Fringe Benefit Funds, et al.,

Plaintiffs,

v. **ORDER**

Harberts Foods, LLC,

Defendant.

This matter is before the court upon plaintiffs' request for an extension of time in which to either amend the pleadings or move for a default judgment against the named defendant. Based upon a review of the file, **IT IS HEREBY ORDERED** that plaintiffs' request is granted and plaintiffs shall have until July 18, 2002 in which to either amend the pleadings or move for a default judgment.

Dated: July 3, 2002

David S. Doty, Judge
United States District Court

JUL 3 2002

FILED
RICHARD D. SLETTEN, CLERK
Judgment Ent'd.
Deputy Clerk's Initials