UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2419(DSD/SRN)

Minneapolis Retail Meat
Cutters and Food Handlers
Health & Welfare Fund, et al.,

Plaintiffs,

v.

**ORDER OF REFERENCE**

Harberts Foods, LLC., et al,

Defendants.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Susan R. Nelson is designated to conduct hearings and submit proposed findings of fact and recommendations of law on any motion to dismiss filed in this matter. Any such motion shall be noticed for hearing before Magistrate Judge Susan R. Nelson.

Dated: September 19, 2002

David S. Doty, Judge
United States District Court

FILED 9-20-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ____
Deputy Clerk's Initials ____