**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Minneapolis Retail Meat Cutters and Food Handlers Health and Welfare Fund, Minneapolis Retail Meat Cutters and Food Handlers Pension Fund,**

**Civil No. 01-2419 (DSD/SRN)**

**Plaintiffs,**

**v.**

**ORDER**

**Harberts Foods, LLC, and BFL Three, LLC,**

**Defendants.**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated January 28, 2003. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendant BFL Three's Motion to Dismiss Plaintiffs' First Amended Complaint Against BFL Three, LLC Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. No. 10) ~~should~~ is **DENIED**.

DATED: February 11, 2003.

Judge David S. Doty
United States District Court Judge

FILED 2-12-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK