**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Minneapolis Retail Meat Cutters and Food Handlers Health and Welfare Fund, and Minneapolis Retail Meat Cutters and Food Handlers Pension Fund,**

**Plaintiffs,**

v.

**Harberts Foods, LLC and BFL Three, LLC,**

**Defendants.**

**Civil No. 01-2419 (DSD/SRN)**

**AMENDED NOTICE OF**
**<u>PRETRIAL CONFERENCE</u>**

TO: Plaintiffs above named and to Pamela Hodges Nissen, Esq,. McGrann, Shea, Anderson, Carnival, Straughn & Lamb, 800 Nicollet Mall, Suite 2600, Minneapolis, MN 55402-7035, attorneys for Plaintiffs.

Defendant Harberts Foods, LLC above named.

Defendant BFL Three, LLC above named and to Brian M. Sund, Esq., and Jill N. Brown, Esq., Morrison, Fenske & Sund, 5125 County Road 101, Suite 102, Minnetonka, MN 55345, attorneys for Defendant BFL Three, LLC.

If counsel for all parties are not listed above, it is the responsibility of Plaintiffs' counsel to (1) immediately notify those parties and counsel of this conference, and (2) inform those parties and counsel of the requirements set forth in this notice.

The pretrial conference previously scheduled for April 14, 2003, at 4:00 p.m. will now be held at **9:30 a.m. on April 14, 2003**, before Magistrate Judge Nelson.

APR 0 1 2003
Filed ______________________
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials __________

Dated: April 1, 2003

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge