**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Minneapolis Retail Meat Cutters and Food Handlers Health and Welfare Fund, and Minneapolis Retail Meat Cutters and Food Handlers Pension Fund,**

**Civil No. 01-2419 (DSD/SRN)**

**Plaintiffs,**

v.

**PRETRIAL SCHEDULING ORDER**

**Harberts Foods, LLC and BFL Three, LLC,**

**Defendants.**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. **Discovery shall be commenced in time to be completed by September 1, 2003.**

2. Identity of expert witnesses under Rule 26(a)(2)(A) and disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made on or before August 1, 2003.

3. No more than 25 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

APR 15 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. No more than 3 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 1 expert deposition.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by July 1, 2003. This deadline does not apply to motions which seek to amend the complaint to add a claim for punitive damages. Such motions must be brought on or before the non-dispositive motion deadline.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by November 1, 2003.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served and filed by January 2, 2004. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Connie Baker, 612-664-5063.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial (court) on March 1, 2004, or upon resolution of any pending dispositive motions. Anticipated length of trial is 1day.

Dated: April 15, 2003

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge