UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

MINNEAPOLIS RETAIL MEAT CUTTERS AND FOOD HANDLERS HEALTH AND WELFARE FUND and MINNEAPOLIS RETAIL MEAT CUTTERS AND FOOD HANDLERS PENSION FUND,

Plaintiffs,

vs.

HARBERTS FOODS, LLC, and BFL THREE, LLC,

Defendants.

Civil File No. 01-2419 DSD/SRN

**ORDER FOR DISMISSAL WITHOUT PREJUDICE**

**ORDER**

Pursuant to the Stipulation of the parties, this matter is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Date: July 25, 2003

The Honorable David S. Doty
United States District Court Judge

FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____